Federico Castelan Sayre, State Bar #067420
Michael Ross Bongiorno, State Bar #059162
**LAW OFFICES OF FEDERICO CASTELAN SAYRE**
900 N. Broadway, 4th Floor
Santa Ana, CA 92701
Telephone: (714) 550-9117
Fax: (714) 550-9125

Attorneys for Plaintiff Jose Moreno, a.k.a.,
Antonio Guerrero

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| JOSE MORENO, a.k.a., ANTONIO GUERRERO | ) | **CASE NO. 1:08-cv-01662-LJO-SMS** |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND ORDER FOR** |
| Plaintiffs, | ) | **DISMISSAL** |
| vs. | ) | |
| | ) | **[F.R.C.P. Rule 41(a)(ii)]** |
| U.S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the Plaintiff to this action, by and through

his undersigned attorney of record, that the above-entitled action is hereby dismissed

with prejudice, each side to bear its own attorneys fees and costs.

DATED: April 8, 2009          LAW OFFICES OF FEDERICO C. SAYRE

By:_____
          FEDERICO C. SAYRE
          Attorneys for Plaintiff

Law Offices of
Federico Castelan Sayre

**STIPULATION AND ORDER FOR DISMISSAL**

1

2  IT IS SO ORDERED.

3      This gratuitous Dismissal with Prejudice by the Plaintiff is hereby granted and

4  ordered.  The Clerk of the Court is directed to close this case.

5

6

7  Dated:  April 9, 2009          By: __/s/ Lawrence J. O'Neill_____
                                   Honorable Judge Lawrence J. O'Neill
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
Federico Castelan Sayre

**STIPULATION AND ORDER FOR DISMISSAL**